# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**German Enrique Padilla-Rodriguez;**<br>DOB: 1985; Mex. Citizen<br>MORE DEFENDANTS LISTED ON REVERSE | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>12-10077M- |

Complaint for violation of Title 21    United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about February 4, 2012, at or near Tucson, in the District of Arizona, **German Enrique Padilla-Rodriguez, Antonio Parra-Rodriguez, Ubaldo Ochoa-Lopez and Rosa Ibel Lopez-Armenta**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 142 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 4, 2012, Immigration and Customs Enforcement agents received information that a residence located in the 1800 block of W. Horn Mesa Place in Tucson, Arizona was being used as a marijuana stash house. Agents began surveillance on the residence. The agents observed a white van pull into the driveway of the residence and the driver and passenger, later identified as Antonio Parra-Ramirez and Ubaldo Ochoa-Lopez, respectively, began to unload items from the van. They handed the items to a female at the residence, later identified as Rosa Ibel Lopez-Armenta and she put the items into the garage. Parra-Ramirez and Ochoa-Lopez then walked to the residence next door, opened the garage and entered that residence. A few minutes later they exited the residence, got into the van and drove to a Food City grocery store where they parked the van and walked away. Parra-Ramirez and Ochoa-Lopez were then observed returning to the residence in a Volkswagen sedan and parked in the driveway of the second residence but walked to the first residence then returned to the second residence. Agents made contact with Parra-Ramirez and Ochoa-Lopez at the second residence and made contact with Lopez-Armenta at the first residence. (Continued on reverse)

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Eltringham/kc<br>AUTHORIZED BY: AUSA _____ | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Special Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline Marshall* | DATE<br>February 6, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Lopez-Armenta stated she was the resident at the first residence and gave agents consent to search. Agents found 118 kilograms of marijuana, wrap and a digital scale in the garage of the first residence. Lopez-Armenta stated that Parra-Ramirez and Ochoa-Lopez brought the marijuana to her residence on various dates (including that day) over the past month. She stated that they were to pay her for the use of her residence. Parra-Ramirez and Ochoa-Lopez were also interviewed on scene. Parra-Ramirez denied being at the first residence earlier that day and Ochoa-Lopez stated that earlier that day they had merely parked at the first residence but just walked there to the second residence.

Agents conducting surveillance on the van at the Food City parking lot observed a male enter the van and drive to the Fry's Food Store on 16th Avenue and Ajo Way in Tucson, Arizona where he abandoned the vehicle. Later, agents observed male, later identified as German Padilla-Rodriguez, arrive in a PT Cruiser to the Fry's Food Store parking lot. Agents observed Padilla-Rodriguez remove a bag from the van and load it into the PT Cruiser. Agents approached Padilla-Rodriguez and told him to stop, but he got into the PT Cruiser and fled. Agents made multiple attempts to stop him and were eventually successful in apprehending him. Tucson Police arrived and obtained a search warrant for the PT Cruiser. A search revealed approximately 24.99 kilograms of marijuana in the PT Cruiser. Padilla-Rodriguez admitted that he went to the Fry's parking lot to pick up an unknown package from the van and deliver it to another individual. Parra-Ramirez admitted to agents that he drove a vehicle to the residence earlier that day, where he unloaded marijuana into the garage.

United States of America

    v.

Antonio Parra-Ramirez
DOB: 1966; Mex. Citizen

Ubaldo Ochoa-Lopez
DOB: 1934; Mex. Citizen

Rosa Ibel Lopez-Armenta
DOB: 1967; Mex. Citizen